IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUDITH SIZEMORE,

        Plaintiff,

v.                                          No. CIV-04-00272 JP/DJS

STATE OF NEW MEXICO,
NEW MEXICO DEPARTMENT OF LABOR,

        Defendants.

### PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE HEARING SET FOR APRIL 21, 2005

**PLAINTIFF, JUDITH SIZEMORE,** by and through her attorney of record, Dennis W. Montoya, hereby moves for a continuance of the Settlement Conference scheduled for April 21, 2005, at the hour of 10:00 am.

**AS GROUNDS IN SUPPORT** of her motion, Plaintiff states:

1. Counsel is scheduled to appear in person in Tucson, Arizona, for a deposition on April 21, 2005 at 10:30 am.

2. Counsel for the Defendant RIC has been contacted and is not opposed to the relief requested. Counsel for Defendants Department of Labor, et al, takes no position on the Plaintiff's request.

**WHEREFORE**, Plaintiff respectfully moves the Court to vacate the hearing set for April 21, 2005, herein, and reschedule to a later date.

                                        Respectfully Submitted:

                                        */s/ Dennis W. Montoya*
                                        Dennis W. Montoya
                                        Attorney for Judith Sizemore
                                        P.O. Box 15235
                                        Rio Rancho NM 87174-0235
                                        (505) 246-8499
                                        (505) 246-8599 facsimile

Not Opposed:

*(Telephonic Approval 4-12-05)*
_____
William C. Madison, Esq.
Shannon Parden
Madison Harbour Mroz & Brennan, PA


*(per facsimile dated 4-14-05 takes no position)*
_____
Ellen S. Casey
Peter Burman
Hinkle, Hensley, Shanor & Martin, LLP

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed to:

William C. Madison, Esq.
Shannon Parden
Madison Harbour Mroz & Brennan, PA
PO Box 25467
Albuquerque, NM 87125-5467
(505) 242-2177

Ellen S. Casey
Peter Burman
Hinkle, Hensley, Shanor & Martin, LLP
Post Office Box 2068
Santa Fe, New Mexico 87504-2068

this 18th day of April 2005.

*/s/ Dennis W. Montoya*
Dennis W. Montoya