IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JUDITH SIZEMORE,**

       **Plaintiff,**

v.                                   No. CIV-04-00272 JP/DJS

**STATE OF NEW MEXICO,
NEW MEXICO DEPARTMENT OF LABOR,**

       **Defendants.**

### PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE HEARING SET FOR APRIL 26, 2005

**PLAINTIFF, JUDITH SIZEMORE,** by and through her attorney of record, Dennis W. Montoya, hereby moves for a continuance of the hearing scheduled for April 26, 2005, at the hour of 3:00 pm.

**AS GROUNDS IN SUPPORT** of her motion, Plaintiff states:

1.   Counsel for the RCI Defendants has agreed to give Counsel for the Plaintiff an opportunity to respond to the RCI Defendants' Motion for Attorneys Fees in writing.

2.   Counsel for the RCI Defendants has been contacted and is not opposed to the relief requested.

**WHEREFORE**, Plaintiff respectfully moves the Court to vacate the hearing set for April 26, 2005, herein, and reschedule to a later date.

Respectfully Submitted:

Dennis W. Montoya
Attorney for Judith Sizemore
P.O. Box 15235
Rio Rancho NM 87174-0235
(505) 246-8499
(505) 246-8599 facsimile

Not Opposed:

*(Telephonic Approval 4-25-05)*
_____
William C. Madison, Esq.
Arlyn G. Crow
Madison Harbour Mroz & Brennan, PA

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed to:

William C. Madison, Esq.
Arlyn G. Crow
Madison Harbour Mroz & Brennan, PA
PO Box 25467
Albuquerque, NM 87125-5467
(505) 242-2177

Ellen S. Casey
Peter Burman
Hinkle, Hensley, Shanor & Martin, LLP
Post Office Box 2068
Santa Fe, New Mexico 87504-2068

this 25th day of April 2005.

Dennis W. Montoya